Lacey, Appellant, *v.* North Hills Country Club.

Argued September 8, 1969. *John R. Warner,* with him *Marshall, Dennehey & Warner,* for appellant; *David L. Pennington,* for appellee.

Order affirmed.

MONTGOMERY, J., dissents.

Lehigh Valley Supply Co. *v.* Keystone Plumbing, Heating and Air Conditioning (et al., Appellant).

Argued September 10, 1969. *Franklin E. Poore, III,* with him *McGavin, DeSantis & Koch,* for appellant; *Alan M. Black,* with him *Efron and Black,* for appellee.

Judgment affirmed.

Lorah Motor Vehicle Operator License Case.

Argued September 10, 1969. *Harold Caplan,* for appellant; *Elmer T. Bolla,* Deputy Attorney General, for Commonwealth, appellee.

Order affirmed.